IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WEST VIRGINIA

DAVID ANDREW WOODRUFF, AND

JULIE ANN ARCHER,

        PLAINTIFFS

VS

WYOMING PRISON AND
WARDEN Abbott

      DEFENDENTS

FILED

SEP – 3 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

2:04-0961

## COMPLAINT FOR COMMUNICATION

DAVID WOODRUFF, pro se, and JULIE ANN ARCHER, bring this complaint to stop interference with communication between each other,

### JURISDICTION

This court has jurisdiction,
Plaintiff Archer lives in West Virginia and therefore venue is properly established there since one party resides in the territorial jurisdiction,

"The ~~judicial power shall~~

This court also has jurisdiction for the following reasons:

"The judicial power shall extend to all cases, in law, and equity, arising under this Constitution ..." Article III, section 2, clause 1, US Constitution. Therefore this court has jurisdiction.

"This Constitution ... shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." This law applies to federal laws also. See Marbury v Madison, US Supreme Court. The US Constitution is the Supreme Law and no state or federal law may obstruct the enforcement of its protections it provides. Therefore Article III, section II, clause I of the US Constitution applies and cannot be obstructed.

Since this complaint raises questions and claims concerning violations of the US Constitution, this court has jurisdiction

over the case and no law can prevent its exercise to determine whether the US Constitution has been violated.

Another reason this court must adjudicate this case is that the Wyoming United States District Court has banned Woodruff from petitioning there, This is arbitrary and violates due due process 5th Amendment because Woodruffs claims and arguments were never addressed in the first place, rather he was denied relief and then banned. The court found Woodruffs claims without merit and banned Woodruff, but never addressed Woodruffs arguments first, and denied them arbitrarily.

The US Constitution 5th Amendment due process clause requires the court provide fact, law, and just rationale why Woodruffs arguments and claims fail, if they do, in writing. Since the USDC in Wyoming failed to do that orders banning Woodruff are void since orders that violate the constitution are void. But since the courts don't address Woodruffs claims the orders remain in

violation of law.

For this reason, this court must adjudicate this case and must not transfer it to Wyoming USDC. If this court does not adjudicate this case then Woodruff is left without a remedy and that violates the 1st Amendment, petition, Article 4, section 2, clause 1 privileges and immunities and 5th Amendment due process clauses of the US Constitution.

Therefore, this court has jurisdiction.

## CLAIM

Woodruff and Archer have been prevented from communicating arbitrarily. One of the forms of relief sought is the delivery of the following letter to Archer from Woodruff. Therefore, Woodruff begins it now.

Dear Julie,

I love you, I love our child too. Will you please marry me? I hear rumors that you want to be my wife. That would be good.

It has been difficult not being able to communicate with you. These years apart have

been hard. I have had to realize that there are evil people in this world who would despise me of my liberty in sport and next blame me for it.

For many years I studied the law and have petitioned the government for redress of my grievances with faith that I would show a violation of my rights and be restored my liberty. And I suffered during that time greatly with lonliness, fear, and emotional turmoil.

When I petitioned I discovered that answers explaining why my arguments failed were not forthcoming, from the judges. After I wrote a brief requiring that I realized another problem.

Even if a court order issued to produce me in court it would not be abeyed by prison staff. This violates the law. See 3 Commentaries On The Law of England by Blackstone (Cooley, 1899) BOOK III, chapter 8 pg 132, 135, and 137 (pg 952, 954, and 956 (1899) VOL. II, 4th ed.). The English Common law has been adopted as the basis of jurisprudence in all the states of the Union. Busher v Cheshire R. Co.,

125 US 555 (1888). The 9th Amendment preserves rights to the people even if they are not expressly written in the constitution. See Constitutionism, pg 39. Blackstone Commentaries has been accepted as a satisfactory exposition of the common law of England. Also violated is FAY v NOIA, US Supreme Court (prisoners should not be left to languish in prison, and failing to produce a prisoner is as bad as having no cause to hold him).

This has led to the illegal imprisonment of myself and others, and to "trapping" of intelligent men like myself in the prison to serve as slave writs writers. I have and do suffer harassment and isolation designed to coerce me into this role. I have mostly avoided it so far. Now I have no committments to help other prisoners and will try to keep it that way. I would be willing to help but it would be less likely that I would ever be released and it would encourage treatment of others like I have been, in the future. When the system works correctly, a man can produce his writs himself. This apparently is a problem I need



and have tried to fix, especially to secure my freedom. It requires help and I have little of that and what of it I have is skeptical of my problems that they even exist.

Which brings me to you. All these years I doubted entirely you could be there. But my doubts have disappeared and I become convinced you are there, waiting for me and hoping to hear from me.

For many years this has to have caused you upset and lonliness. People believe rejection is the answer but later the heart softens and becomes the answer. That's why I write to you now, hoping you are relieved by my trying to talk to you, so your pain disappears. Anguish is no good for anyone. On a daily basis I am exposed to men who gladly delivers it. They are like bullies. It is endless. I am trying to contact some psychologists outside the prison to get some stress relief and understanding. There is no escape. It's torture.

So if I turn to you now after all these years to look for you to know me again instead of

the prison walls that have separated us and caused both of us a lot of pain, I hope you will answer me and that you will be my wife and we will be married.

There is little I can do here to stop the system from hurting me. I do have an agenda and I work at it still.

I study science and read books with most of my time.

To contact me, I would file a ~~to~~ pleading with the court asking for an order allowing us to communicate TRO, Pre-Lim and contact Sandy Woodruff at the golf course in Scotts Valley California, as soon as possible. If any body reads this letter, please tell Julie I wrote it to her and that I love her and want her to be my wife.

I love you Julie, and our child too.

Julie, you could also try to have an attorney contact me, we might be able to communicate that way.

If anybody or an attorney can help Julie and I get in touch, please contact us.

I love you Julie, love David August 19, 2004

## CONCLUSION

To THE Court,

Archer and Woodruff have been prevented from communicating by the Wyoming Prison interfering with our mail.

Archer and Woodruff seeks the following relief.

① an order in writing declaring whether Woodruff and Archer are entitled to the relief requested and declaring whether their rights are violated;

② a written order explaining why his arguments in this action & and complaint fail, if they do, citing facts, law, and just rationale.

③ a written order in this case on all issues raised that is digested and published;

④ a jury trial in the form required by the 7th Amendment US Constitution;

⑤ $ 9,000.⁰⁰ dollars a day in compensatory damages, $ 19,000.⁰⁰ dollars a day in pecuniary damages, until communication is freely allowed between Woodruff and Archer;

⑥ relief from allegations in this complaint showing violations of the law, and 8th

Amendment cruel and unusual punishment;·
14th Amendment (arbitrary deprivation of
right to communicate under liberty clause) ⅗
due process; 1st Amendment association
right violation, freedom of speech and press;
1st Amendment religious clause for right
to marry obstruction; 14th Amendment
due process liberty right to marry; and
right to be treated equally, privileges
and immunities clause Article 4, section 2,
clause 1 and 14th Amendment section 1,
clause 2 clauses of the US Constitution.

⑦ an order that the Wyoming prison
shall allow Archer and Woodruff to
communicate freely which will be served
on the defendants and Archer and Woodruff
⑧ an order that the relief requested
in ⑦, above shall be granted in the form
of a Temporary Restraining Order and
Preliminary Injunction.

COMPLAINT FOR
COMMUNICATION

Therefore, Woodruff ~~submit~~ and Archer submit the Complaint For Communication.

Plaintiffs reserve the right to raise further objections, claims, and arguments at a later time.

I, DAVID WOODRUFF, certify under the penalty of perjury that the foregoing is true and correct.

David Woodruff                    Executed August 19, 2004

DAVID WOODRUFF
I.D. # 18323
WYOMING STATE
PENITENTIARY
P.O. BOX 400
RAWLINS, Wy 82301